In the Matter of the Application of William L. Mulroy, Appellant, against Board of Education of Peekskill Union Free School District, Town of Cortlandt, Westchester County, New York, Respondent, for an Order Requiring the Defendant to Submit Certain Differences between the Parties to Arbitration.— Order, on reargument, denying appellant's application to compel respondent to submit to arbitration affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ., concur.